**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN THE MATTER OF:<br><br>FRANCISCO A. BESOSA<br>UNITED STATES DISTRICT JUDGE | MISC. NO. 06-232 (FAB) |

**AMENDED PERMANENT ORDER OF DISQUALIFICATION**

1.  The undersigned permanently disqualifies himself in all cases in which the following appear as counsel of record or as a party:

      a.   Danilo M. Eboli-Martinez, Esq.

      b.   Lourdes I. Morera-Ledon, Esq.

      c.   Eduardo H. Martinez-Echeverria, Esq.

      d.   Juan Andres Lopez-Conway, Esq.

      e.   Thomas R. Lincoln, Esq.

      f.   Miguel Juan Rodriguez-Marxuach, Esq.

      g.   Edna Laura Perez, Esq.

      h.   Liza M. Rios-Morales, Esq.

      i.   Banco Popular de Puerto Rico

      j.   Con Agra, Inc.

      k.   Docto-Juris, Inc.

      l.   Filial Amor Corporation

      m.   Sun Life Financial

      n.   Putnam Investments

<u>Misc. No. 06-232 (FAB)</u>                                                          2

        o.    Oriental Group

        p.    Santander Securities

        q.    UBS

        r.    Loyda Rivera-Torres, Esq.

2.    The Clerk is ordered to note this amended permanent order of disqualification, include it as a Standing Order on the Court's website no later than September 25, 2009, and notify the Firm and persons and entities included in it.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, October 28, 2009.

                                                    <u>s/ Francisco A. Besosa</u>
                                                    FRANCISCO A. BESOSA
                                                    UNITED STATES DISTRICT JUDGE